UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 10-14160-CIV-GRAHAM/WHITE

JOHN FRANK BUFFUONO

    Plaintiff,

vs.

SHERIFF KEN J. MASCARA, et.al.

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's <u>pro se</u> Complaint.

United States Magistrate Judge Patrick A. White reviewed the Complaint for an initial screening pursuant to 28 U.S.C. § 1915. The Magistrate Judge issued a Report recommending the Plaintiff's application to proceed in forma pauperis be denied and that Complaint be dismissed without prejudice. Plaintiff has not filed timely objections to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 5] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Application to Proceed In Forma Pauperis [D.E. 4] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED without prejudice** to plaintiff to file a new complaint accompanied by payment of the full filing fee.  It is further,

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge White
      Counsel of Record
      John Frank Buffuono, pro se

2